Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the

District of _____

Division _____

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 19 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Shareif Naheem Adamu

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See Attached

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **1:25-CV-5371**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Shareif Naheem Adamu
- Street Address: 420 Courtland St. NE
- City and County: Atlanta, Fulton
- State and Zip Code: GA 30308
- Telephone Number: 470 403 0965
- E-mail Address: shareif.adamu@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: See Attached
- Job or Title *(if known)*:
- Street Address:

City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address *(if known)* _____

Defendant No. 2
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.  The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* __Shureif Naheem Adamu__, is a citizen of the State of *(name)* __GA__.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* __See Attached__, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**B.    The Defendant(s)**

1. If the defendant is an individual
The defendant, *(name)* __See Attached_____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
The defendant, *(name)* __See Attached_____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.    The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

See Attached
_____

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* _____, at *(place)* _____,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

See Attached

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/19/2025

Signature of Plaintiff
Printed Name of Plaintiff   Shareif Naheem Adumv

### B. For Attorneys

Date of signing: _____

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Street Address             _____
State and Zip Code         _____
Telephone Number           _____
E-mail Address             _____

1.

B.

Names Ken Nugent John Bryan Morgan The Gwinnett Legal Aid The Bar Association

Date Numerous

Locations  1355 Peachtree Street, NE Suite 1000 Atlanta, Georgia 30309 191 Peachtree Street NE, Suite 4200, Atlanta, GA 30303 54 Ellis St. NE; Atlanta, GA 30303 104 Marietta St NW, Atlanta, GA 30303

2.

B.

Ken Nugent John Bryan Morgan The Gwinnett Legal Aid The Bar Association

Georgia

Attorney Ken Nugent Morgan and Morgan The Gwinnett Legal Aid The Bar Association

C.$160,000 to $1,000,000(One Hundred and Sixty Thousand) to (One Million) dollars lost profits

III.I would like to open up a lawsuit against Attorneys Ken Nugent and Morgan and Morgan. Also, the Gwinnett Legal Aid and The Bar Association. There is a problem I am having with this legal service. I have tried numerous times to get legal representation and there still hasn't been any successful matches. I am putting an emphasis on discrimination I match all legal criteria and they still deny me service based on race.

legal malpractice is a type of professional negligence. It occurs when a lawyer's conduct falls below the standard of care expected of a reasonably competent attorney

IV. Lost profits